UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBRAHIM BURIAH,                  :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 05-1134 (JR)
                                 :
WYNDHAM HOTELS AND RESORTS,      :
                                 :
        Defendant.               :

### SCHEDULING ORDER

The provisions of the scheduling order entered in No. 05-0216 Thorbourne v. Wyndham Hotels and Resorts on June 1, 2008 [dkt. no. 8, as supplemented by minute order of June 10, 2005) shall be applicable to this case.  It is **SO ORDERED** by the Court sua sponte.


                              JAMES ROBERTSON
                         United States District Judge