IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IBRAHIM BURIAH,

         Plaintiffs,      :      CASE NO. 1:05CV01134

      vs.

WYNDHAM HOTELS & RESORTS      :      **JURY TRIAL DEMANDED**
a/k/a WYNDHAM INTERNATIONAL, INC.
a/k/a WYNDHAM HOTELS CORPORATION

         Defendant.

TO:   Jason H. Ehrenberg

    I acknowledge receipt of your request that I waive service of a summons in the action of Buriah v. Wyndham Hotels & Resorts, which is case number 1:05CV01134 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 13, 2005.

                     WYNDHAM HOTELS & RESORTS

                     _____
                     Signature

Date: July 12, 2005       Rafael E. Morell
                     Printed/Typed Name
                     Title: Attorney for Defendant