# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBRAHIM BURIAH,**<br><br>             *Plaintiffs,*<br><br>vs.<br><br>**WYNDHAM HOTELS AND RESORTS** a/k/a **WYNDHAM INTERNATIONAL, INC.** a/k/a **WYNDHAM HOTELS CORPORATION,**<br><br>             *Defendant.* | **Case No. 1:05CV01134** |

## UNOPPOSED MOTION TO STAY DEADLINES

Defendant WIPC, L.L.C. ("Wyndham") respectfully requests that this Court stay all deadlines in this case. As more fully set forth in the accompanying memorandum, the parties are close to settlement of this case, obviating the need for further discovery. Counsel for Plaintiff does not oppose the requested stay. A proposed Order is attached.

Respectfully submitted:

_____/s/_____
Michael J. Murphy, DC Bar # 421287
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037
Tel:    (202) 887-0855
Fax:   (202) 887-0866

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM BURIAH,<br><br>   *Plaintiffs,*<br><br>vs.<br><br>WYNDHAM HOTELS AND RESORTS a/k/a<br>WYNDHAM INTERNATIONAL, INC. a/k/a<br>WYNDHAM HOTELS CORPORATION,<br><br>   *Defendant.* | Case No. 1:05CV01134 |

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION TO STAY DEADLINES**

Defendant WIPC, L.L.C. ("Wyndham") respectfully requests that this Court stay all deadlines in this case. During the course of this litigation, the parties have explored the possibility of settlement. At this point, the parties are close to settling the present matter and believe that a settlement can be reached without the need for further discovery. Accordingly, Wyndham respectfully requests that this Court stay all deadlines. Counsel for Plaintiff does not oppose the requested stay.

              Respectfully submitted:

              _____/s/_____
              Michael J. Murphy, DC Bar # 421287
              Rafael Morell, DC Bar # 463788
              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
              2400 N Street, N.W., Fifth Floor
              Washington, DC  20037
              Tel: (202) 887-0855
              Fax: (202) 887-0866

              Counsel for Defendant