IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBRAHIM BURIAH,** )<br>)<br>)<br>*Plaintiffs,* )<br>)<br>vs. )<br>)<br>**WYNDHAM HOTELS AND RESORTS** a/k/a )<br>**WYNDHAM INTERNATIONAL, INC.** a/k/a )<br>**WYNDHAM HOTELS CORPORATION,** )<br>)<br>*Defendant.* )<br>) | **Case No. 1:05CV01134** |

## ORDER

Upon consideration of Defendant WIPC, L.L.C.'s Unopposed Motion to Stay Deadlines, any opposition thereto, and any reply, it is hereby ORDERED that such motion should be, and hereby is, GRANTED. All deadlines in this matter are hereby STAYED.

SO ORDERED, this _____ day of _____, 2006.

_____
JUDGE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE