IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IBRAHIM BURIAH,**<br><br>                    *Plaintiffs,*<br><br>vs.<br><br>**WYNDHAM HOTELS AND RESORTS** a/k/a<br>**WYNDHAM INTERNATIONAL, INC.** a/k/a<br>**WYNDHAM HOTELS CORPORATION,**<br><br>                    *Defendant.* | **Case No. 1:05CV01134** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to dismissal of this matter with prejudice, each party to bear its own costs and attorney's fees.

_____/s/_____
Jason H. Ehrenberg, DC Bar # 469077
James C. Bailey, DC Bar # 462391
BAILEY AND EHRENBERG, P.L.L.C.
1155 Connecticut Avenue, NW
Suite 1100
Washington, DC  20036
Tel:    (202) 465-4729
Fax:    (202) 381-7071
*Counsel for Plaintiffs*


_____/s/_____
Michael J. Murphy, DC Bar # 421287
Rafael Morell, DC Bar # 463788
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC  20037
Tel:    (202) 887-0855
Fax:    (202) 887-0866
*Counsel for Defendant*